**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Randell Adams v. Kimberly McCray Adams

Appellate case number:    01-17-00305-CV

Trial court case number:   79412-f

Trial court:                   300th District Court of Brazoria County

       Appellant Randell Adams filed a motion for emergency relief. Appellee filed a response. No clerk's record has been filed in this case and the motion did not attach a sufficient record for the court to determine whether relief was warranted.

       Accordingly, we deny the motion without prejudice to refiling with a sufficient record.

       It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually     ☐ Acting for the Court

Date: May 12, 2017